UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOEL CAMARENA, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CBR SYSTEMS, INC., a foreign corporation<br><br>Defendant. | Case No.: 24-cv-21159-KMM<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Plaintiff Joel Camarena, by his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice his claims against CBR Systems, Inc.  CBR Systems, Inc. has not served an answer or motion for summary judgment, so dismissal pursuant to Rule 41(a)(1)(A)(i) is proper.

WHEREFORE, Plaintiff hereby voluntarily dismisses without prejudice his claims against CBR Systems, Inc.


Date: May 6, 2024

Respectfully submitted,

*s/ Alec H. Schultz*
Alec H. Schultz
Carly A. Kligler
HILGERS GRABEN PLLC
1221 Brickell Avenue, Suite 900
Miami, Florida 33131
Telephone:  305.630.8304
Email:  aschultz@hilgersgraben.com
Email: ckligler@hilgersgraben.com

*Counsel for Plaintiff and the Proposed Class*

1